Prepared by State Reporter from Appeal Papers

Rose M. Palmer et al., Appellants, *v.* Rotary Realty Co., Inc., et al., Respondents.

*Appeal — intermediate orders — motion to dismiss appeals without permission to Court of Appeals granted.*

*Palmer v. Rotary Realty Co., Inc.,* 219 App. Div. 725, 834, 220 App. Div. 727, appeals dismissed.

(Submitted May 16, 1927; decided May 20, 1927.)

Motion to dismiss appeals from four orders of the Appellate Division of the Supreme Court in the second judicial department: (1) a motion for reargument entered January 7, 1927, (2) a motion for final judgment entered January 17, 1927, (3) a motion to compel entry and service of judgment and orders by respondent, entered March 18, 1927, and (4) a motion to resettle the order denying the motion for final judgment, entered April 8, 1927.

The motion was made upon the grounds that the orders appealed from were not final orders and that permission to appeal had not been obtained.

*Seymour Mork* for motion.

*Rose M. Palmer* opposed.

Motion granted and appeals dismissed, with one bill of costs and ten dollars costs of motion.

---

The People of the State of New York ex rel. Peter A. Finley, Respondent, *v.* Thomas H. Gorman, Appellant.

*Municipal corporations — Saratoga Springs (city of) — city council — deputy commissioner of public safety does not succeed to duties of resigned commissioner as member of city council.*

*People ex rel. Finley v. Gorman,* 219 App. Div. 466, affirmed.

(Argued May 3, 1927; decided May 31, 1927.)

Appeal, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered January 24, 1927, which affirmed an order of Special Term denying a motion by defendant for a dismissal of the complaint. The action was to